# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUMU JAMES,<br><br>         Petitioner,<br><br>   v.<br><br>J. SOTO, Warden,<br><br>         Respondent. | Case No. CV 13-7523-SVW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED:   November 22, 2016        _____
                                    HONORABLE STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE